JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. ELLIS, | **CASE NO. 5:08-cv-01291-JHN-MANx** |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| vs. | **Judge: Hon Jacqueline H. Nguyen** |
| CENTRAL REFRIGERATED SERVICES, INC., BILL BAKER, K.C. McCANN, and DOES 1-10, inclusive, | |
| Defendants. | |

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendants Central Refrigerated Service, Inc., Bill Baker, and K.C. McCann and that Plaintiff Walter Ellis shall take nothing by way of his Second Amended Complaint.

Dated: July 22, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1